# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 22, 2008

Clifford W. Taylor,
Chief Justice

136747

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

STATE TREASURER,
        Plaintiff-Appellant,

v

GEORGE W. HAYDEN, JESSICA HAYDEN,
and ALICIA HAMMOND,
        Defendants,

and

COMERICA BANK SUCCESSOR TRUSTREE for
the KULA HAYDEN IRREVOCABLE TRUST,
        Defendant-Appellee.

SC: 136747
COA: 277138
Jackson CC: 06-002982-CZ

_____/

On order of the Court, the application for leave to appeal the May 13, 2008 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 22, 2008

_____
Clerk

s0915